NOTE: CHANGES MADE BY COURT

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| GUARANTEED RATE AFFINITY, LLC<br><br>    Plaintiff,<br><br>vs.<br><br>PRADEEP MADAAN,<br><br>    Defendant. | Case No. 8:23-cv-02128-FWS-ADS<br><br>**ORDER RE JOINT STIPULATION REGARDING ARBITRATION [10]** |

Having reviewed and considered the Parties' Joint Stipulation regarding Arbitration [10] (the "Stipulation"), the files and records of the case, the applicable law, and good cause appearing, the court **ORDERS** the following:

1. This above-captioned case is **SUBMITTED** to binding arbitration with the American Arbitration Association ("AAA");
2. The arbitration hearing will be held virtually through an on-line conferencing platform. Hearings for claims brought in this Action, if any, will be held virtually;
3. The parties will select an arbitrator in accordance with the rules of the AAA;

4. The binding arbitration will be administered and conducted in conformity with the procedures of the Federal Arbitration Act and the AAA Employment Arbitration Rules and Procedures currently in effect;

5. The Arbitrator shall apply the substantive law (and the law of remedies, if applicable) of California, or federal law, or both, as applicable to the claim(s) asserted. The Arbitrator shall have the authority to award all remedies and relief that would otherwise have been available if the claim had been brought by way of a civil complaint in court. The arbitration shall be final and binding upon the parties;

6. All communications during or for the arbitration proceedings are privileged and confidential;

7. The cost of the Arbitrator and other incidental costs of arbitration shall be borne by Plaintiff. The parties shall each bear their own costs for legal representation in any arbitration proceeding, provided, however, that the Arbitrator shall have the authority to require either party to pay the fee for the other party's representation during the arbitration, as is otherwise permitted under federal or state law, as part of any remedy that may be ordered;

8. The Arbitrator shall utilize the Federal Rules of Evidence as a guide to the admissibility of evidence. The parties retain the right to conduct a reasonable amount of discovery guided by the Federal Rules of Civil Procedure, and the Arbitrator shall have the power to decide any discovery disputes between the parties;

9. This action, case number 8:23-cv-02128, is **STAYED** pending arbitration or further order of the court, and all dates currently set on the docket, if any, are **VACATED**;

10. This Court retains jurisdiction over this action to enforce any aspect of the action and to enforce any award until further order of the court.

-2-
ORDER GRANTING JOINT STIPULATION RE ARBITRATION

11. The Parties shall **FILE** a **Joint Status Report** regarding the progress and status of the arbitration every **ninety (90) days**, with the first **Joint Status Report** due on **February 15, 2024**.

**IT IS SO ORDERED**.

Dated: November 17, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE